**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00370-CMA-MJW

JOSE OROZCO;
RAFAELA OROZCO;
ANAHI OROZCO SALCIDO; and
EVER OROZCO SALCIDO,

      Plaintiffs,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security ("DHS"),
MICHAEL AYTES, Acting Director for United States Citizenship and
    Immigration Services ("CIS"),
ROBERT MATHER, District Director for the Denver CIS District,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

      Defendants.

---

## ORDER TO SHOW CAUSE

---

This matter comes before the Court on Plaintiffs' Affidavit for Entry of Default (Doc. # 3). Prior to the Affidavit for Entry of Default, nothing had been filed by either Plaintiffs or Defendants since February 23, 2009. It is, therefore,

ORDERED that Defendants shall show good and sufficient cause, if any they have, in writing why default should not be entered in this case within ten (10) days of the date of this Order.

      DATED: July __7__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge