**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00370-CMA-MJW

JOSE OROZCO;
RAFAELA OROZCO;
ANAHI OROZCO SALCIDO; and
EVER OROZCO SALCIDO,

    Plaintiffs,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security ("DHS"),
MICHAEL AYTES, Acting Director for United States Citizenship and
    Immigration Services ("CIS"),
ROBERT MATHER, District Director for the Denver CIS District,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## ORDER REGARDING MOTION FOR ENTRY OF DEFAULT

    This matter is before the Court on Defendants' Response To Order To Show Cause (Doc. # 5). Upon review of the file, the Court FINDS and ORDERS as follows:

    1)    The Court's Order To Show Cause (Doc. # 4) is DISCHARGED;

    2)    Plaintiff's Motion for Entry of Default (Doc. # 3) is DENIED due to Plaintiff's failure to demonstrate proper service pursuant to Rule 4(i), Fed.R.Civ.P.;

    3)    Plaintiff's Motion for TRO (Doc. # 2) is DENIED WITHOUT PREJUDICE, for failure to prosecute.

IT IS FURTHER ORDERED that Plaintiff shall make proper service in accordance with F.R.Civ.P. 4(i) no later than September 28, 2008, or this case will be dismissed.

DATED: August   28  , 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge