IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Act. No. 09-CV-00370—CMA-MJW

JOSE OROZCO;
RAFAELA OROZCO;
ANAHI OROZCO SALCIDO;
EVER OROZCO SALCIDO;

    Plaintiffs.

v.

ERIC HOLDER, Attorney General of the United States;
JANET NAPOLITANO, Secretary for the Department of Homeland Security ("DHS");
MICHAEL AYTES, Acting Deputy Director for United States Citizenship and
Immigration Services ("CIS");
ROBERT MATHER; District Director for the Denver CIS District;
United States Department of Homeland Security;
United States Citizenship and Immigration Services;

    Defendants.

---

## ORDER AMENDING SCHEDULING ORDER (Docket No. 18)

This matter having come before the Court on Plaintiffs' Unopposed Motion for Amendments to Scheduling Order, the Court allows that good cause has been shown and that Plaintiffs' motion is hereby granted. The Scheduling Order will be amended to reflect the following briefing schedule:

**Plaintiffs' Opening Brief will be due on March 8, 2010;**
**Defendants' Response Brief will be due on March 29, 2010;**
**Plaintiffs' Reply Brief will be due April 19, 2010.**

IT IS ORDERED that Plaintiffs' unopposed motion is hereby granted.

Dated: February 18th, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO