IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00370-CMA-MJW

JOSE OROZCO;
RAFAELA OROZCO;
ANAHI OROZCO SALCIDO; and
EVER OROZCO SALCIDO,

    Plaintiffs,

v.

ERIC HOLDER, Attorney General of the United States,
JANET NAPOLITANO, Secretary for the Department of Homeland Security ("DHS"),
MICHAEL AYTES, Acting Director for United States Citizenship and
    Immigration Services ("CIS"),
ROBERT MATHER, District Director for the Denver CIS District,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiffs' Motion To Voluntarily Dismiss Complaint (Doc. # 21) is GRANTED.

The Court having reviewed the motion and the file, and being fully advised in the

premises, hereby

    ORDERS that this action be DISMISSED WITHOUT PREJUDICE.

    DATED: March __12__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge